United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | WMC Mortgage, LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** |
| | Include any assumed names, trade names, and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 9  5 – 4  6  5  2  0  0  8 |

4. **Debtor's address**

**Principal place of business**

6320     Canoga Avenue
Number   Street

Suite 1420

Woodland Hills     CA     91367
City     State     ZIP Code

Los Angeles County
County

**Mailing address, if different from principal place of business**

Number   Street

P.O. Box

City     State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City     State     ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

| Debtor | WMC Mortgage, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above <u>Residential Mortgage Origination</u>

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

<u>5 2 3 9</u>  - Other financial activities

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | WMC Mortgage, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | WMC Mortgage, LLC | Case number (if known) | |
|--------|-------------------|------------------------|---|
| | Name | | |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [x] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/23/2019
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Mark V. Asdourian
Printed name

Title: President and Chief Executive Officer

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 04/23/2019
MM / DD / YYYY

Russell C. Silberglied
Printed name

Richards, Layton & Finger, P.A.
name                                                    Firm

One Rodney Square, 920 North King Street
Number      Street

Wilmington                          DE        19801
City                                State     ZIP Code

(302) 651-7700                      silberglied@rlf.com
Contact phone                       Email address

3462                    DE

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

**ACTION BY**
**WRITTEN CONSENT**
**OF BOARD OF DIRECTORS OF**

**WMC MORTGAGE, LLC**

The board of directors (the "**Board**") of WMC Mortgage, LLC (the "**Company**"), does hereby consent to, adopt, and approve, by written consent in accordance with Section 3.7 of the Amended and Restated Limited Liability Company Agreement of the Company, dated as of July 13, 2018 (the "**LLC Agreement**"), and Section 18-404(d) of the Delaware Limited Liability Company Act, the following resolutions and the actions contemplated thereby:

**WHEREAS**, the Board has reviewed and had the opportunity to ask questions about all materials that have been circulated to it, including information regarding the liabilities and liquidity of the Company, any strategic alternatives available to it, and the impact all of the foregoing on the Company's ability to satisfy its obligations to creditors; and

**WHEREAS**, the Board has had the opportunity to consult with the legal and financial advisors of the Company to fully consider any strategic alternatives available to the Company; and

**WHEREAS**, the Board believes that taking the actions set forth below are in the best interests of the Company and, therefore, desires to approve the following resolutions.

## I.    Commencement of Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, that the Board of the Company has determined, after due consultation with the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code; and be it

**FURTHER RESOLVED**, that Mark V. Asdourian (the "**Authorized Officer**"), hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, all petitions, schedules, motions, lists, applications, pleadings, and other documents in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which the Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case (the "**Chapter 11 Case**"), including, without limitation, negotiating, executing, delivering, and performing any and all documents, agreements, certificates, and/or instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case; *provided, however*, that, in accordance with Section 3.1(d) of the LLC Agreement, to the extent any of the foregoing constitutes a Conflict Issue, the Special Independent Committee (each as defined in Section 3.1(d) of the LLC Agreement) shall have the sole power and authority to take, perform, and/or authorize any and all actions in connection with such Conflict Issue; and be it

## II.    Retention of Advisors

**FURTHER RESOLVED**, that Richards, Layton & Finger, P.A., located at One Rodney Square, 920 N. King Street, Wilmington, DE 19801, is hereby retained as attorneys for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it

**FURTHER RESOLVED**, that Jenner & Block LLP, located at 353 N. Clark Street, Chicago, IL 60654, is hereby retained as special litigation counsel for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it

**FURTHER RESOLVED**, that Alvarez & Marsal Disputes and Investigations, LLC, located at 600 Madison Avenue, 8th Floor, New York, NY 10022, is hereby retained as financial advisor for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it

**FURTHER RESOLVED**, that Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017, is hereby retained as claims and noticing agent and administrative advisor for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it

## III.    General Authorization and Ratification

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case; *provided, however*, that, in accordance with Section 3.1(d) of the LLC Agreement, to the extent any of the foregoing constitutes a Conflict Issue, the Special Independent Committee shall have the sole power and authority to take, perform, and/or authorize any and all actions in connection with such Conflict Issue; and be it

**FURTHER RESOLVED**, that any and all past actions heretofore taken by the Board and/or the Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, authorized and approved in all respects as the acts and deeds of the Company.

A copy of this consent shall be placed in the official records of the Company to document the actions set forth herein as actions taken by the Board.

*[Remainder of page intentionally left blank.  Signature page follows.]*

2

**IN WITNESS WHEREOF**, the undersigned, being all the members of the board of directors of WMC MORTGAGE, LLC, have executed this unanimous written consent as of the date(s) set forth below.

Name: Mark V. Asdourian
Date:  April 23, 2019


Name: John S. Dubel
Date:  April 23, 2019


Name: Michael E. Jacoby
Date:  April 23, 2019

**IN WITNESS WHEREOF**, the undersigned, being all the members of the board of directors of WMC MORTGAGE, LLC, have executed this unanimous written consent as of the date(s) set forth below.

Name: Mark V. Asdourian
Date:  April 23, 2019

Name: John S. Dubel
Date:  April 23, 2019

Name: Michael E. Jacoby
Date:  April 23, 2019

**IN WITNESS WHEREOF**, the undersigned, being all the members of the board of directors of WMC MORTGAGE, LLC, have executed this unanimous written consent as of the date(s) set forth below.

_____

Name: Mark V. Asdourian
Date:  April 23, 2019


_____

Name: John S. Dubel
Date:  April 23, 2019

Name: Michael E. Jacoby
Date:  April 23, 2019

**ACTION BY**
**WRITTEN CONSENT**
**OF SOLE MEMBER OF**

**WMC MORTGAGE, LLC**

April 23, 2019

GE Capital US Holdings, Inc., the sole member (the "**Sole Member**") of WMC Mortgage, LLC (the "**Company**"), does hereby consent to, adopt, and approve, by written consent in accordance with Section 3.10 of the Amended and Restated Limited Liability Company Agreement of the Company, dated as of July 13, 2018 (the "**LLC Agreement**"), and Section 18-302(d) of the Delaware Limited Liability Company Act, the following resolutions and the actions contemplated thereby:

**WHEREAS**, the Sole Member has reviewed and had the opportunity to ask questions about all materials that have been circulated to it, including regarding the liabilities and liquidity of the Company, any strategic alternatives available to it and the impact of the foregoing on the Company's ability to satisfy its obligations to creditors; and

**WHEREAS**, the Sole Member has had the opportunity to fully consider any strategic alternatives available to the Company; and

**WHEREAS**, the Sole Member believes that taking the actions set forth below are in the best interests of the Company and, therefore, desires to approve the following resolutions.

**I.  Commencement of Chapter 11 Case**

**NOW, THEREFORE, BE IT RESOLVED**, that the Sole Member of the Company has determined that it is desirable and in the best interests of the Company that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code; and be it

**FURTHER RESOLVED**, that Mark V. Asdourian (the "**Authorized Officer**"), hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, all petitions, schedules, motions, lists, applications, pleadings, and other documents in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which the Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case (the "**Chapter 11 Case**"), including, without limitation, negotiating, executing, delivering, and performing any and all documents, agreements, certificates, and/or instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case; *provided, however*, that, in accordance with Section 3.1(d) of the LLC Agreement, to the extent any of the foregoing constitutes a Conflict Issue, the Special Independent Committee (each as defined in Section 3.1(d) of the LLC Agreement) shall have the

sole power and authority to take, perform, and/or authorize any and all actions in connection with such Conflict Issue; and be it

## II.    Retention of Advisors

**FURTHER RESOLVED**, that Richards, Layton & Finger, P.A., located at One Rodney Square, 920 N. King Street, Wilmington, DE 19801, is hereby retained as attorneys for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it

**FURTHER RESOLVED**, that Jenner & Block LLP, located at 353 N. Clark Street, Chicago, IL 60654, is hereby retained as special litigation counsel for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it

**FURTHER RESOLVED**, that Alvarez & Marsal Disputes and Investigations, LLC, located at 600 Madison Avenue, 8th Floor, New York, NY 10022, is hereby retained as financial advisor for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it

**FURTHER RESOLVED**, that Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017, is hereby retained as claims and noticing agent and administrative advisor for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it

## III.    General Authorization and Ratification

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case; *provided, however*, that, in accordance with Section 3.1(d) of the LLC Agreement, to the extent any of the foregoing constitutes a Conflict Issue, the Special Independent Committee shall have the sole power and authority to take, perform, and/or authorize any and all actions in connection with such Conflict Issue; and be it

**FURTHER RESOLVED**, that any and all past actions heretofore taken by the Sole Member and/or the Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, authorized and approved in all respects as the acts and deeds of the Company.

A copy of this consent shall be placed in the official records of the Company to document the actions set forth herein as actions taken by the Sole Member of the Company.

*[Remainder of page intentionally left blank.  Signature page follows.]*

2

**IN WITNESS WHEREOF**, the undersigned, being the sole member of WMC MORTGAGE, LLC, has executed this written consent as of the date set forth above.

GE CAPITAL US HOLDINGS, INC.

By: _____

Name: Christopher D. Moore

Title:   Vice President and General Counsel

**Fill in this information to identify the case:**

Debtor name: <u>WMC Mortgage, LLC</u>

United States Bankruptcy Court  for the:  District of <u>Delaware</u>

(State)

Case number (*If known*): _____

☐  Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | TMI Trust Company, as Trustee of SABR 2006-WM2 c/o counsel Quinn Emanuel Urquhart & Sullivan, LLP 111 Huntington Ave, Suite 520 Boston, MA  02199 Attn: Harvey Wolkoff<br><br>TMI Trust Company, as Trustee of SABR 2006-WM2 c/o counsel Seward & Kissel LLP One Battery Park Plaza New York, NY  10004 Attn: M. William Munno<br><br>TMI Trust Company, as Trustee of SABR 2006-WM2 901 Summit Avenue Fort Worth, TX  76102 | Harvey Wolkoff 617-712-7100 harveywolkoff@quinnemanuel .com<br><br>M. William Munno 212-574-1587 munno@sewkis.com<br><br>817-335-2933 invserv@tmico.com | Pending Litigation | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |
| 2 | Barclays Bank PLC and certain affiliates c/o counsel Alston & Bird LLP 90 Park Avenue New York, NY  10016 Attn: John P. Doherty<br><br>Barclays Bank PLC 200 Park Avenue New York, NY  10166 Attn: Steven P. Glynn and Timothy Magee | John P. Doherty 212-210-1282 john.doherty@alston.com<br><br>Steven P. Glynn 212-412-3168<br><br>Timothy Magee 212-526-7000 | Indemnification Notice | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3 | DB Structured Products, Inc. and certain affiliates<br>60 Wall Street<br>New York, NY 10005<br>Attn: Joe Salama | Joe Salama<br>212-250-9536<br>joe.salama@db.com | Indemnification Notice | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |
| 4 | HSBC Securities (USA) Inc. and certain affiliates<br>c/o counsel<br>Boies Schiller Flexner LLP<br>55 Hudson Yards<br>20th Floor<br>New York, NY 10001<br>Attn: Damien J. Marshall and Andrew Michaelson<br><br>HSBC Securities (USA) Inc<br>HSBC Tower<br>452 5th Avenue<br>New York, NY 10018 | Damien Marshall<br>212-909-7617<br>dmarshall@bsfllp.com<br><br>Andrew Michaelson<br>212-446-2382<br>amichaelson@bsfllp.com<br><br><br>212-525-3831 | Indemnification Notice | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |
| 5 | Merrill Lynch Mortgage Investors, Inc. and certain affiliates<br>c/o counsel<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>2000 K Street, NW<br>4th Floor<br>Washington, DC 20006<br>Attn: Richard Sauber<br><br>Merrill Lynch Mortgage Investors, Inc.<br>250 Vesey Street<br>Four World Financial Center 10th Floor<br>New York, NY 10218-1310 | Richard Sauber<br>202-775-4506<br>rsauber@robbinsrussell.com<br><br><br><br><br>212-449-0357 | Indemnification Notice | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |
| 6 | Morgan Stanley ABS Capital I Inc. and certain affiliates<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Attn: David Restaino | 212-762-7291<br>David.restaino@morganstanley.com | Indemnification Notice | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |
| 7 | RBS Securities Inc. and certain affiliates<br>600 Washington Boulevard<br>Stamford, CT 06901<br>Attn: Lisa Brower | Lisa Brower<br>203-897-2700<br>Lisa.brower@natwestmarkets.com | Indemnification Notice | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |
| 8 | U.S. Bank National Association, as Trustee<br>c/o counsel<br>Parness Law Firm, PLLC<br>136 Madison Ave., 6th Floor<br>New York, NY 10016<br>Attn: Hillel Parness<br><br>U.S. Bank National Association, as Trustee<br>60 Livingston Avenue<br>St Paul, MN 55107 | Hillel Parness<br>212-447-5299<br>hip@hiplaw.com<br><br><br><br>651-224-5117 | Indemnification Notice | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |
| 9 | Alvaro E. Calderon<br>2233 Central Avenue<br>El Monte, CA 91733 | 909-641-1292<br>aecalderon@gmail.com | Pending Litigation | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10 Jung Hyun Cho, Kyu Hwang Cho, Eun Sook Cho, and Eui Hyun Cho 4384 Burgess Drive Sacramento, CA 95838<br><br>Jung Hyun Cho 119 N. 1st Street Dixon, CA 95620 | 707-320-2675 makisu77@yahoo.com chmyr@naver.com | Pending Litigation | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |
| 11 Odilia Lopez 1011 E. St. Gertrude Place Santa Ana, CA  92707 | 619-855-3468 | Pending Litigation | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |
| 12 Ronald and Janet Pirrelli c/o counsel James D. Reddy, P.C. 810 Anthony Drive Lindenhurst, NY  11757 | James D. Reddy, P.C. 631-225-2846 | Pending Litigation | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |
| 13 Jose Rodrigues c/o counsel Joshua L. Thomas and Associates 225 Wilmington-West Chester Pike Suite 200 Chadds Ford, PA  19317 Attn: Joshua Thomas | Joshua Thomas Esq. 215-806-1733 JoshuaLThomas@gmail.com | Pending Litigation | Contingent, Unliquidated, Disputed | N/A | N/A | Undetermined |

**Fill in this information to identify the case:**

Debtor name: __WMC Mortgage, LLC__

United States Bankruptcy Court  for the:  District of __Delaware__
(State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☑  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/23/2019__
       MM /DD /YYYY

**X**  _/s/ Mark V. Asdourian_____
Signature of individual signing on behalf of debtor

Mark V. Asdourian_____
Printed name

President and Chief Executive Officer_____
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
```
*In re:*                                       :        **Chapter 11**
                                               :
**WMC MORTGAGE, LLC,**                         :        **Case No. 19–_____ (      )**
                                               :
          **Debtor.**[1]                       :
```
------------------------------------------------------------ x
```

### CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in WMC Mortgage, LLC ("**WMC**"), as debtor and debtor in possession in the above-captioned chapter 11 case.  WMC respectfully represents as follows:

- GE Capital US Holdings, Inc. owns one hundred percent (100%) of the membership interests of WMC.

- GE Capital Global Holdings, LLC owns one hundred percent (100%) of the equity interests of GE Capital US Holdings, Inc.

- General Electric Company owns one hundred percent (100%) of the membership interests of GE Capital Global Holdings, LLC.

---

[1] The last four digits of the debtor's federal tax identification number are 2008. The debtor's principal office is located at 6320 Canoga Avenue, Suite 1420, Woodland Hills, California 91367.

## **Exhibit A**

**Organizational Chart**

# WMC MORTGAGE, LLC
# ORGANIZATIONAL CHART

**Debtor**



**Fill in this information to identify the case:**

Debtor name: <u>WMC Mortgage, LLC</u>

United States Bankruptcy Court  for the:  District of <u>Delaware</u>
(State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>04/23/2019</u>
    MM  /DD /YYYY

X  <u>/s/ Mark V. Asdourian</u>
Signature of individual signing on behalf of debtor

<u>Mark V. Asdourian</u>
Printed name

<u>President and Chief Executive Officer</u>
Position or relationship to debtor

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

------------------------------------------------------------ x

*In re:*                    :       **Chapter 11**

                              :

**WMC MORTGAGE, LLC,**      :       **Case No. 19–_____ (    )**

                              :

             **Debtor.**[1]         :

------------------------------------------------------------ x

### LIST OF EQUITY HOLDERS[2]

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct ownership interest in the above-captioned debtor and debtor in possession:

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Percentage of Interests Held |
|---|---|---|
| GE Capital US Holdings, Inc.<br>901 Main Avenue<br>Norwalk, CT 06851 | Member Interest | 100% |

---

[1] The last four digits of the Debtor's federal tax identification number are 2008. The Debtor's principal office is located at 6320 Canoga Avenue, Suite 1420, Woodland Hills, California 91367.

[2] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the chapter 11 case.

**Fill in this information to identify the case:**

Debtor name: WMC Mortgage, LLC

United States Bankruptcy Court  for the:  District of Delaware
(State)

Case number (*If known*):

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule _____

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑   Other document that requires a declaration **List of Equity Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/23/2019
MM / DD /YYYY

**x**  _/s/ Mark V. Asdourian_
Signature of individual signing on behalf of debtor

Mark V. Asdourian
Printed name

President and Chief Executive Officer
Position or relationship to debtor