UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
*In re:*                                                   :     Chapter 11
                                                           :
WMC MORTGAGE, LLC,                                         :     Case No. 19 –10879 (CSS)
                                                           :
     Debtor.[1]                                            :
------------------------------------------------------------ x

NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED
PLEADINGS AND (II) HEARING ON FIRST DAY MOTIONS
SCHEDULED FOR APRIL 24, 2019 AT 2:00 P.M. (ET)

**PLEASE TAKE NOTICE** that on April 23, 2019, the above-captioned debtor and debtor in possession (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the voluntary petition, the Debtor has filed the following first day motions and related documents (collectively, the "**First Day Motions**"):[2]

A.   Declaration of Mark V. Asdourian in Support of Debtor's Chapter 11 Petition and First-Day Relief [Docket No. 2; filed April 23, 2019]

B.   First Day Motions:

   1.   Application of Debtor for Entry of an Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of Commencement Date [Docket No. 3; filed April 23, 2019]

   2.   Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Continue Using its Existing Cash Management System, Bank Accounts

---

[1] The last four digits of the Debtor's federal tax identification number are 2008. The Debtor's principal office is located at 6320 Canoga Avenue, Woodland Hills, California 91367.

[2] All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/case/WMC/info

and Business Forms; (II) Extending Time to Comply with 11 U.S.C. § 345(b); (III) Authorizing the Payment of Bank Fees and (IV) Granting Related Relief [Docket No. 4; filed April 23, 2019]

3. Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Pay Certain Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain and Honor Employee Medical and Other Benefit Programs and (II) Granting Related Relief [Docket No. 5; filed April 23, 2019]

4. Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtor to Obtain Post-Petition Secured Super-Priority Financing, (II) Scheduling a Final Hearing, and (III) Granting Related Relief (SEALED) [Docket No. 6; filed April 23, 2019]

   i. Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtor to Obtain Post-Petition Secured Super-Priority Financing, (II) Scheduling a Final Hearing, and (III) Granting Related Relief (REDACTED) [Docket No. 7; filed April 23, 2019]

   ii. Declaration of Laureen M. Ryan in Support of Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtor to Obtain Post-Petition Secured Super-Priority Financing, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Docket No. 8; filed April 23, 2019]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**First Day Hearing**") with respect to the First Day Motions is scheduled for **April 24, 2019 at 2:00 p.m.** (Eastern Time) at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, before The Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the First Day Motions may be made at the First Day Hearing.

[*signature page follows*]

3

Dated: April 23, 2019
       Wilmington, Delaware

                                  */s/ Brendan J. Schlauch*
                                  Mark D. Collins (No. 2981)
                                  Russell C. Silberglied (No. 3462)
                                  Paul N. Heath (No. 3704)
                                  Zachary I. Shapiro (No. 5103)
                                  Brendan J. Schlauch (No. 6115)
                                  RICHARDS, LAYTON & FINGER, P.A.
                                  One Rodney Square
                                  920 North King Street
                                  Wilmington, Delaware 19801
                                  Telephone:  (302) 651-7700
                                  Facsimile:  (302) 651-7701
                                  Email:  collins@rlf.com
                                              silberglied@rlf.com
                                              heath@rlf.com
                                              shapiro@rlf.com
                                              schlauch@rlf.com

                                  *Proposed Attorneys for the Debtor*
                                  *and Debtor in Possession*