**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x

*In re:*                                    :        **Chapter 11**

                                        :

**WMC MORTGAGE, LLC,**                       :        **Case No. 19–10879 (CSS)**

                                        :

Debtor.[1]                                   :

                                        :

---------------------------------------------------------------- x

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 13, 2019 AT 11:00 A.M. (ET)[3]

**I.      RESOLVED MATTERS:**

1.     Debtor's Objection to and Motion to Recharacterize Claim Filed by LA County Treasurer and Tax Collector [Docket No. 187; filed August 14, 2019]

       Response/Objection Deadline:          August 28, 2019 at 4:00 p.m. (ET)

       Responses/Objections Received:        None.

       Related Documents:

       i.      Certificate of No Objection Regarding Debtor's Objection to and Motion to Recharacterize Claim Filed by LA County Treasurer and Tax Collector [Docket No. 224; filed August 29, 2019]

       ii.     Order Recharacterizing Claim Filed by LA County Treasurer and Tax Collector [Docket No. 227; entered September 4, 2019]

       Status: On September 4, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

---

[1] The last four digits of the Debtor's federal tax identification number are 2008. The Debtor's principal office is located at 6320 Canoga Avenue, Suite 1420, Woodland Hills, California 91367.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (ET). Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (ET) on Thursday, September 12, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

2.      Debtor's Motion for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 190; filed August 20, 2019]

Response/Objection Deadline:        September 3, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:       None.

Related Documents:

i.      Certificate of No Objection Regarding Debtor's Motion for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 230; filed September 4, 2019]

ii.     Order (I) Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property, and (II) Granting Related Relief [Docket No. 233; entered September 5, 2019]

Status: On September 5, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3.      Motion of Debtor for Entry of an Order (I) Extending its Exclusive Periods and (II) Granting Related Relief [Docket No. 191; filed August 20, 2019]

Response/Objection Deadline:        September 3, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:       None.

Related Documents:

i.      Certificate of No Objection Regarding Motion of Debtor for Entry of an Order (I) Extending its Exclusive Periods and (II) Granting Related Relief [Docket No. 231; filed September 4, 2019]

ii.     Order (I) Extending the Exclusive Periods and (II) Granting Related Relief [Docket No. 234; entered September 5, 2019]

Status: On September 5, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.    MATTER WITH CERTIFICATION:

4.      Debtor's Objection to Connie Hill Claim [Docket No. 182; filed August 13, 2019] (the "Claim Objection")

Response/Objection Deadline:        August 27, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:

A.      My Statement and Response and Objection to the Debtors (182) filed by Connie Hill [Docket No. 228; filed September 4, 2019] (the "Hill Response")

Related Documents:

i.      Certificate of No Objection Regarding Debtor's Objection to Connie Hill Claim [Docket No. 223; filed August 29, 2019] (the "CNO")

ii.     Order Disallowing Connie Hill Claim [Docket No. 226; filed September 4, 2019]

iii.    Certification of Counsel Regarding Order Disallowing Connie Hill Claim [Docket No. 232; filed September 4, 2019] (the "Certification")

Status: On September 4, 2019, the Court entered an order regarding this matter. Following the Court's entry of the order, the Hill Response appeared on the Court's docket for the first time. As set forth in the Certification, counsel to the Debtor had no knowledge of the Hill Response or any other formal or informal response to the Claim Objection from Ms. Hill or any other party in interest prior to filing the CNO with the Court, or several days thereafter. A hearing on this matter is necessary only to the extent the Court has any questions or concerns.

## III.   **DISCLOSURE STATEMENT:**

5.      Debtor's Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Approving Solicitation Procedures, (III) Setting Confirmation Hearing Date and Related Deadlines, and (IV) Granting Related Relief [Docket No. 193; filed August 20, 2019]

Response/Objection Deadline:          September 3, 2019 at 4:00 p.m. (ET); extended to September 4, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

RLF1 22003189v.1

Responses/Objections Received:

A.    The Acting United States Trustee's Limited Objection to Debtor's Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Approving Solicitation Procedures, (III) Setting Confirmation Hearing Date and Related Deadlines, and (IV) Granting Related Relief [Docket No. 229; filed September 4, 2019]

Related Documents:

i.    Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 168; filed August 2, 2019]

ii.    Disclosure Statement for the Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 169; filed August 2, 2019]

iii.    Notice of Hearing to Consider Approval of Proposed Disclosure Statement for Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 170; filed August 2, 2019]

iv.    Notice of Filing of Liquidation Analysis [Docket No. 211; filed August 27, 2019]

v.    Disclosure Statement for the Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 212; filed August 28, 2019]

vi.    Notice of Filing of Blackline of Revised Disclosure Statement [Docket No. 213; filed August 28, 2019]

vii.    Reply in Further Support of Debtor's Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Approving Solicitation Procedures, (III) Setting Confirmation Hearing Date and Related Deadlines, and (IV) Granting Related Relief [Docket No. 240; filed September 10, 2019]

Status: The hearing on this matter will go forward.

## IV.    INTERIM FEE APPLICATIONS:

6.    First Interim Fee Applications (Exhibit A)

Related Documents:

i.    Certification of Counsel Regarding First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 236; filed September 6, 2019]

4

ii.     **First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 243; entered September 11, 2019]**

Status: **On September 11, 2019, the Court entered an order regarding this matter with respect to the interim fee applications listed on Exhibit A. Accordingly, a hearing on this matter is no longer necessary.**

Dated: September 12, 2019
      Wilmington, Delaware

*/s/ Brendan J. Schlauch*

Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Travis J. Cuomo (No. 6501)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
       silberglied@rlf.com
       shapiro@rlf.com
       schlauch@rlf.com
       cuomo@rlf.com

*Attorneys for the Debtor*
*and Debtor in Possession*

5

# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-------------------------------------------------------------- x
*In re:*                                                      :        **Chapter 11**
                                                              :
**WMC MORTGAGE, LLC,**                                        :        **Case No. 19–10879 (CSS)**
                                                              :
                    Debtor.[1]                                :
                                                              :
                                                              :
-------------------------------------------------------------- x

**INDEX OF INTERIM FEE APPLICATIONS**
**TO BE CONSIDERED AT THE SEPTEMBER 13, 2019 HEARING**

1.      Notice of First Interim Fee Application Request of Alvarez & Marsal Disputes and Investigations, LLC for the Period from April 23, 2019 through and Including June 30, 2019 [Docket No. 179; filed August 12, 2019]

        Related Documents:

   A.   First Monthly Statement of Fees and Expenses of Alvarez and Marsal Disputes and Investigations, LLC, as Financial Advisor to the Debtor for the Period from April 23, 2019 through April 30, 2019 [Docket No. 103; filed June 6, 2019]

   B.   Certification of No Objection Regarding the First Monthly Statement of Fees and Expenses of Alvarez and Marsal Disputes and Investigations, LLC, as Financial Advisor to the Debtor for the Period from April 23, 2019 through April 30, 2019 (No Order Required) [Docket No. 128; filed June 27, 2019]

   C.   Second Monthly Statement of Fees and Expenses of Alvarez and Marsal Disputes and Investigations, LLC, as Financial Advisor to the Debtor for the Period from May 1, 2019 through May 31, 2019 (SEALED) [Docket No. 115; filed June 25, 2019]

   D.   Second Monthly Statement of Fees and Expenses of Alvarez and Marsal Disputes and Investigations, LLC, as Financial Advisor to the Debtor for the Period from May 1, 2019 through May 31, 2019 (REDACTED) [Docket No. 116; filed June 25, 2019]

   E.   Certification of No Objection Regarding the Second Monthly Statement of Fees and Expenses of Alvarez and Marsal Disputes and Investigations, LLC, as Financial Advisor to the Debtor for the Period from May 1, 2019 through May 31, 2019 (No Order Required) [Docket No. 149; filed July 16, 2019]

---

[1] The last four digits of the Debtor's federal tax identification number are 2008.  The Debtor's principal office is located at 6320 Canoga Avenue, Suite 1420, Woodland Hills, California 91367.

F.    Third Monthly Statement of Fees and Expenses of Alvarez and Marsal Disputes and Investigations, LLC, as Financial Advisor to the Debtor for the Period from June 1, 2019 through June 30, 2019 (SEALED) [Docket No. 158; filed July 22, 2019]

G.    Third Monthly Statement of Fees and Expenses of Alvarez and Marsal Disputes and Investigations, LLC, as Financial Advisor to the Debtor for the Period from June 1, 2019 through June 30, 2019 (REDACTED) [Docket No. 159; filed July 22, 2019]

H.    Certification of No Objection Regarding the Third Monthly Statement of Fees and Expenses of Alvarez and Marsal Disputes and Investigations, LLC, as Financial Advisor to the Debtor for the Period from June 1, 2019 through June 30, 2019 (No Order Required) [Docket No. 185; filed August 13, 2019]

2.    Notice of First Interim Fee Application Request of Richards, Layton & Finger, P.A. for the Period from April 23, 2019 through June 30, 2019 [Docket No. 180; filed August 12, 2019]

Related Documents:

A.    First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from April 23, 2019 through April 30, 2019 [Docket No. 93; filed June 3, 2019]

B.    Certification of No Objection Regarding the First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from April 23, 2019 through April 30, 2019 (No Order Required) [Docket No. 117; filed June 25, 2019]

C.    Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from May 1, 2019 through May 31, 2019 (REDACTED) [Docket No. 145; filed July 16, 2019]

D.    Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from May 1, 2019 through May 31, 2019 (SEALED) [Docket No. 146; filed July 16, 2019]

E.    Certification of No Objection Regarding the Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from May 1, 2019 through May 31, 2019 (No Order Required) [Docket No. 175; filed August 6, 2019]

F.      Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from June 1, 2019 through June 30, 2019 (SEALED) [Docket No. 173; filed August 5, 2019]

G.      Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from June 1, 2019 through June 30, 2019 (REDACTED) [Docket No. 174; filed August 5, 2019]

H.      Certification of No Objection Regarding the Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from June 1, 2019 through June 30, 2019 (No Order Required) [Docket No. 210; filed August 27, 2019]

3.      First Interim Fee Application of Epiq Corporate Restructuring, LLC as Administrative Advisor to the Debtor and Debtor-in-Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from April 23, 2019 through May 31, 2019 [Docket No. 181; filed August 112, 2019]

Related Documents:

A.      First Monthly Fee Application of Epiq Corporate Restructuring, LLC as Administrative Advisor to the Debtor and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from April 23, 2019 through May 31, 2019 [Docket No. 127; filed June 27, 2019]

B.      Certification of No Objection Regarding the First Monthly Fee Application of Epiq Corporate Restructuring, LLC as Administrative Advisor to the Debtor and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from April 23, 2019 through May 31, 2019 (No Order Required) [Docket No. 153; filed July 18, 2019]

4.      Notice of First Interim Fee Application Request of Jenner & Block LLP for the Period from April 23, 2019 through June 30, 2019 [Docket No. 186; filed August 14, 2019]

Related Documents:

A.      First Monthly Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtor for the Period from April 23, 2019 through April 30, 2019 [Docket No. 94; filed June 3, 2019]

B.      Notice of Filing of Revised Exhibit B to First Monthly Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtor for the Period from April 23, 2019 through April 30, 2019 [Docket No. 107; filed June 17, 2019]

- 3 -

C.    Certification of No Objection Regarding the First Monthly Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtor for the Period from April 23, 2019 through April 30, 2019 (No Order Required) [Docket No. 118; filed June 25, 2019]

D.    Second Monthly Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtor for the Period from May 1, 2019 through May 31, 2019 [Docket No. 144; filed July 11, 2019]

E.    Certification of No Objection Regarding the Second Monthly Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtor for the Period from May 1, 2019 through May 31, 2019 (No Order Required) [Docket No. 166; filed August 1, 2019]

F.    Third Monthly Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtor for the Period from June 1, 2019 through June 30, 2019 [Docket No. 165; filed July 31, 2019]

G.    Certification of No Objection Regarding the Third Monthly Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtor for the Period from June 1, 2019 through June 30, 2019 (No Order Required) [Docket No. 202; filed August 22, 2019]

RLF1 21996611v.1