# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

----------------------------------------------------------- x

| | |
|---|---|
| *In re:* | **Chapter 11** |
| | |
| **WMC MORTGAGE, LLC,** | **Case No. 19–10879 (CSS)** |
| | |
| Debtor.[1] | Proposed Obj. Deadline: Nov. 4, 2019 at 12:00 p.m. (ET) |
| | Proposed Hr'g Date: Nov. 5, 2019 at 10:00 a.m. (ET) |

----------------------------------------------------------- x

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that, on October 30, 2019, WMC Mortgage, LLC ("**WMC**"), as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Debtor's Motion Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Authorizing and Approving Omnibus Stipulation and Agreement Regarding Proofs of Claim Between the Debtor, HSBC, RBS, Barclays, Morgan Stanley, and Wells Fargo* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion (the "**Motion to Shorten**").

PLEASE TAKE FURTHER NOTICE that, if the Court grants the relief requested in the Motion to Shorten: (i) a hearing to consider the Motion will be held on **November 5, 2019 at 10:00 a.m. (Eastern Time)** before The Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5TH Floor, Courtroom No. 6, Wilmington, Delaware 19801, and (ii) any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd

---

[1] The last four digits of the Debtor's federal tax identification number are 2008.  The Debtor's principal office is located at 6320 Canoga Avenue, Suite 1420, Woodland Hills, California 91367.

Floor, Wilmington, Delaware 19801 on or before **November 4, 2019 at 12:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if the Bankruptcy Court denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the Bankruptcy Court-approved objection deadline and hearing date for the Motion.

Dated: October 30, 2019
        Wilmington, Delaware

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Travis J. Cuomo (No. 6501)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email: collins@rlf.com
        silberglied@rlf.com
        shapiro@rlf.com
        schlauch@rlf.com
        cuomo@rlf.com

*Attorneys for the Debtor*
*and Debtor in Possession*

RLF1 22308296v.1