## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------- x

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **WMC MORTGAGE, LLC,** | : | **Case No. 19–10879 (CSS)** |
| | : | |
| **Debtor.**[1] | : | |

-------------------------------------------------------- x    Re: Docket Nos. 245, 248 & 268

### DECLARATION OF JOSEPH ARENA ON
### BEHALF OF EPIQ CORPORATE RESTRUCTURING, LLC
### REGARDING VOTING AND TABULATION OF BALLOTS CAST
### ON THE FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION
### OF WMC MORTGAGE, LLC

I, Joseph Arena, declare, under penalty of perjury:

1.      I am a Senior Consultant of Solicitation Services at Epiq Corporate Restructuring, LLC ("**Epiq**") located at 777 Third Avenue, 12th Floor, New York, New York 10017.  I am over the age of 18 years.  I do not have a direct interest in this chapter 11 case and should be considered an impartial party.

2.      I submit this declaration (the "**Declaration**") with respect to the solicitation and tabulation of votes cast on the *Chapter 11 Plan of Liquidation of WMC Mortgage, LLC* [Docket No. 248] (as amended, modified, or supplemented, including the *First Amended Chapter 11 Plan of Liquidation of WMC Mortgage, LLC*, the "**Plan**").[2]  Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents.  I am

---

[1] The last four digits of the Debtor's federal tax identification number are 2008.  The Debtor's principal office is located at 6320 Canoga Avenue, Suite 1420, Woodland Hills, California 91367.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Disclosure Statement Order (as defined herein).

authorized to submit this Declaration on behalf of Epiq.  If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3.      In accordance with (1) the *Order Authorizing the Debtor to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Commencement Date* [Docket No. 65], and (2) the *Order (I) Approving Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Setting Confirmation Hearing Date and Related Deadlines, and (IV) Granting Related Relief* [Docket No. 245] (the "**Disclosure Statement Order"**), Epiq was appointed and authorized to assist the Debtor with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by holders of Claims or Equity Interests in the Voting Classes (as defined below).

4.      Pursuant to the Plan, only holders of Claims or Equity Interests in the following classes (collectively, the "**Voting Classes**") were entitled to vote to accept or reject the Plan:

| Class | Description |
|-------|-------------|
| Class 3 | TMI Claim |
| Class 4 | General Unsecured Claims |
| Class 5 | Intercompany Claims |
| Class 6 | Existing Equity Interests |

5.      The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Disclosure Statement Order.  Epiq was instructed by the Debtor to solicit, review, determine the validity of, and tabulate Ballots in accordance with the Disclosure Statement Order.

6.      As specified in the Disclosure Statement Order, September 13, 2019 was established as the record date for determining the holders of Claims or Equity Interests in the Voting Classes who would be entitled to vote to accept or reject the Plan (the "**Voting Record Date**").

RLF1 22310404v.1

7.      In accordance with the Disclosure Statement Order, Epiq solicited the holders of Claims or Equity Interests in the Voting Classes as of the Voting Record Date.  Epiq's *Affidavit of Service of Solicitation Materials* was filed with this Court on September 25, 2019.  *See* Docket No. 268.

8.      Ballots returned by online submission were received and processed by personnel of Epiq at its office in New York, New York, and such Ballots were automatically date-stamped by the online portal; Ballots returned by mail, hand delivery, or overnight courier were received by personnel of Epiq at its office in Beaverton, Oregon, and such Ballots were date-stamped upon receipt.  All Ballots received by Epiq were processed in accordance with the Disclosure Statement Order.

9.      For a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the procedures set forth in the Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq no later than 5:00 p.m. (Eastern Time) on October 16, 2019.[3]  No ballots were received and excluded on this basis.

10.     I declare that the results of the voting by Holders of Claims or Equity Interests in the Voting Classes are as set forth in Exhibit A hereto,[4] which is a true and correct copy of the final tabulation of votes cast by properly completed Ballots received by Epiq.

---

[3] The Debtor agreed to extend the Voting Deadline: (i) to 5:00 p.m. (Eastern Time) on October 30, 2019 for certain holders of Class 4 – General Unsecured Claims; (ii) to 11:59 p.m. (Eastern Time) on October 30, 2019 for certain other holders of Class 4 – General Unsecured Claims; and (iii) to 5:00 p.m. (Eastern Time) on October 31, 2019 for certain other holders of Class 4 – General Unsecured Claims and Class 5 – Intercompany Claims.  Votes received from these creditors by this extended deadline are counted and included in the tabulation results.

[4] At the request of counsel to the Debtor, the final tabulation of votes attached as Exhibit A hereto excludes the votes of insiders from Class 4.

11.      A report of all Ballots not included in the tabulation prepared by Epiq and the reasons

for exclusion of such Ballots is attached as <u>Exhibit B</u> hereto.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:    November 1, 2019
          New York, New York

Joseph Arena
Senior Consultant, Solicitation Services
Epiq Corporate Restructuring, LLC

5