# **EXHIBIT A**

# WMC MORTGAGE, LLC

## Tabulation Summary

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | | CLASS RESULT (ACCEPT / REJECT) |
|---|---|---|---|---|---|
| | ACCEPT | | REJECT | | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER | |
| **Class 3** TMI Claims | $983,490,310.00 **100.00%** | 1 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | **ACCEPT** |
| **Class 4** General Unsecured Claims | $457,594,936.59 **100.00%** | 8 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | **ACCEPT** |
| **Class 5**[1] Intercompany Claims | $93,458,388.86 **100.00%** | 2 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | **ACCEPT** |
| **Class 6**[2] Existing Equity Interests | 1.000 **100.00%** | 1 **100.00%** | 0.00 **0.00%** | 0 **0.00%** | **ACCEPT** |

---

[1] The only holders of Claims in this Voting Class are insiders of the Debtor.

[2] The only holder of Equity Interests in this Voting Claims is an insider of the Debtor.