**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ***In re:*** | : | **Chapter 11** |
| **WMC MORTGAGE, LLC,** | : | **Case No. 19–10879 (CSS)** |
| **Debtor.**[1] | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 5, 2019 AT 10:00 A.M. (ET)**[2]

## I. RESOLVED MATTER:

1. Debtor's Objection to Certain Claims Filed by HSBC (Insufficient Documentation) [Docket No. 272; filed September 27, 2019]

   Response/Objection Deadline: October 11, 2019 at 4:00 p.m. (ET)

   Responses/Objections Received: None.

   Related Documents:

   i. Certificate of No Objection Regarding Debtor's Objection to Certain Claims Filed by HSBC (Insufficient Documentation) [Docket No. 286; filed October 14, 2019]

   ii. Order Sustaining the Debtor's Objection to Certain Claims Filed by HSBC (Insufficient Documentation) [Docket No. 288; entered October 15, 2019]

   Status: On October 15, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

---

[1] The last four digits of the Debtor's federal tax identification number are 2008. The Debtor's principal office is located at 6320 Canoga Avenue, Suite 1420, Woodland Hills, California 91367.

[2] The hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (ET). Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (ET) on Monday, November 4, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

## II. MATTER GOING FORWARD:

2. Debtor's Motion Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Authorizing and Approving Omnibus Stipulation and Agreement Regarding Proofs of Claim Between the Debtor, HSBC, RBS, Barclays, Morgan Stanley, and Wells Fargo [Docket No. 298; filed October 30, 2019]

Response/Objection Deadline: November 4, 2019 at 12:00 p.m. (ET)

Responses/Objections Received: None at this time.

Related Documents:

i. Debtor's Motion for Entry of Order Shortening Notice and Objection Periods for Debtor's Motion Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Authorizing and Approving Omnibus Stipulation and Agreement Regarding Proofs of Claim Between the Debtor, HSBC, RBS, Barclays, Morgan Stanley, and Wells Fargo [Docket No. 299; filed October 30, 2019]

ii. Order Shortening Notice and Objection Periods for Debtor's Motion Pursuant to Fed. R. Bank. P. 9019 for Entry of an Order Authorizing and Approving Omnibus Stipulation and Agreement Regarding Proofs of Claim Between the Debtor, HSBC, RBS, Barclays, Morgan Stanley, and Wells Fargo [Docket No. 300; entered October 31, 2019]

Status: The hearing on this matter will go forward.

## III. PLAN CONFIRMATION:

3. First Amended Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 303; filed November 1, 2019]

Response/Objection Deadline: October 16, 2019 at 4:00 p.m. (ET); extended to October 17, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"); extended to October 30, 2019 for certain other parties

Responses/Objections Received:

A. Informal comments from the U.S. Trustee

Related Documents:

i. Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 168; filed August 2, 2019]

ii. Disclosure Statement for the Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 169; filed August 2, 2019]

iii. Notice of Filing of Liquidation Analysis [Docket No. 211; filed August 27, 2019]

iv. Disclosure Statement for the Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 212; filed August 28, 2019]

v. Notice of Filing of Blackline of Revised Disclosure Statement [Docket No. 213; filed August 28, 2019]

vi. Order (I) Approving Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Setting Confirmation Hearing Date and Related Deadlines, and (IV) Granting Related Relief [Docket No. 245; entered September 13, 2019]

vii. Chapter 11 Plan of Liquidation of WMC Mortgage, LLC (Solicitation Version) [Docket No. 248; filed September 16, 2019]

viii. Disclosure Statement for the Chapter 11 Plan of Liquidation of WMC Mortgage, LLC (Solicitation Version) [Docket No. 249; filed September 16, 2019]

ix. Notice of Filing of Blacklines of Plan and Disclosure Statement [Docket No. 250; filed September 16, 2019]

x. Notice of (I) Approval of the Disclosure Statement, (II) Establishment of Solicitation and Voting Procedures, (III) Scheduling of Confirmation Hearing, and (IV) Establishment of Notice and Objection Procedures for Confirmation of the Proposed Plan [Docket No. 251; filed September 16, 2019]

xi. Affidavit of Publication re: Notice of (I) Approval of the Disclosure Statement, (II) Establishment of Solicitation and Voting Procedures, (III) Scheduling of Confirmation Hearing, and (IV) Establishment of Notice and Objection Procedures for Confirmation of the Proposed Plan in The New York Times [Docket No. 279; filed October 4, 2019]

xii. Notice of Filing of Plan Supplement [Docket No. 280; filed October 9, 2019]

xiii. Notice of Filing of Blackline of Amended Plan [Docket No. 304; filed November 1, 2019]

xiv. Notice of Filing of Amended Plan Supplement [Docket No. 305; filed November 1, 2019]

xv. Memorandum of Law in Support of Confirmation of the First Amended Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 306; filed November 1, 2019]

xvi. Declaration of Mark V. Asdourian in Support of Confirmation of the First Amended Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 307; filed November 1, 2019]

xvii. Declaration of John S. Dubel in Support of Confirmation of the First Amended Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 308; filed November 1, 2019]

xviii. Declaration of Joseph Arena on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the First Amended Chapter 11 Plan of Liquidation of WMC Mortgage, LLC [Docket No. 309; filed November 1, 2019]

xix. Notice of Filing of Proposed Confirmation Order [Docket No. 310; filed November 1, 2019]

Status: The hearing on this matter will go forward.

Dated: November 1, 2019
Wilmington, Delaware

*/s/ Brendan J. Schlauch*

Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Travis J. Cuomo (No. 6501)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
silberglied@rlf.com
shapiro@rlf.com
schlauch@rlf.com
cuomo@rlf.com

*Attorneys for the Debtor
and Debtor in Possession*