# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------ x
*In re:*                                            :     Chapter 11
                                                    :
**WMC MORTGAGE, LLC,**                              :     Case No. 19–10879 (CSS)
                                                    :
          **Debtor.**[1]                            :     Re:  Docket Nos. 248, 280, 303, 305, 316 & 364
                                                    :
------------------------------------------------------------ x

## NOTICE OF FILING OF SECOND AMENDED PLAN SUPPLEMENT

PLEASE TAKE NOTICE that on September 16, 2019, WMC Mortgage, LLC, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the solicitation version of the *Chapter 11 Plan of Liquidation of WMC Mortgage, LLC* [Docket No. 248] with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that on October 9, 2019, the Debtor filed *Notice of Filing of Plan Supplement* [Docket No. 280] (the "**Plan Supplement**") with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that on November 1, 2019, the Debtor filed the *First Amended Chapter 11 Plan of Liquidation of WMC Mortgage, LLC* [Docket No. 303] (as amended, or supplemented, the "**Plan**")[2] with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that on November 1, 2019, the Debtor filed *Notice of Filing of Amended Plan Supplement* [Docket No. 305] (the "**Amended Plan Supplement**") with the Bankruptcy Court.

---

[1] The last four digits of the Debtor's federal tax identification number are 2008.  The Debtor's principal office is located at 6320 Canoga Avenue, Suite 1420, Woodland Hills, California 91367.

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE that on November 5, 2019, the Court entered an order [Docket No. 316] (the "**Confirmation Order**") confirming the Plan. The Effective Date of the Plan occurred on December 12, 2019, and a notice of the Effective Date [Docket No. 364] was filed concurrently herewith.

PLEASE TAKE FURTHER NOTICE that the Post-Effective Date Debtor hereby files execution versions of the Plan Supplement (the "**Second Amended Plan Supplement**") as follows:[3]

- **Exhibit A** – Form of Liquidating Trust Agreement.

- **Exhibit C** – Form of Post-Effective Date Debtor Organizational Documents.

- **Exhibit E** – Form of Exit Financing Documents.[4]

- **Exhibit G** – Form of Independent Director Agreement.

- **Exhibit I** – Form of Mortgage Reconciliation Work Escrow Agreement.

- **Exhibit K** – Transition Services Agreement.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit 1**, **Exhibit 2**, **Exhibit 3**, **Exhibit 4**, **Exhibit 5**, and **Exhibit 6** are blackline versions of the (i) Form of Liquidating Trust Agreement, (ii) Form of Post-Effective Date Debtor Organizational Documents, (iii) Form of Exit Financing Documents, (iv) Form of Independent Director Agreement, (v) Form of Mortgage Reconciliation Work Escrow Agreement, and (vi) Transition

---

[3] **Exhibit B** (Identity and Compensation of Liquidating Trustee), **Exhibit D** (Identity and Compensation of Post-Effective Date Officer), **Exhibit F** (Schedule of Retained Causes of Action), **Exhibit H** (Identity and Compensation of Independent Director) and **Exhibit J** (Identity and Compensation of Mortgage Reconciliation Escrow Agent and Service Provider) to the Amended Plan Supplement are unchanged from the version set forth in Docket No. 305 and therefore are not included herein.

[4] **Exhibit E** (Form of Exit Financing Documents) to the Plan Supplement was unchanged from the version set forth in Docket No. 280 and therefore not included in the version set forth in Docket No. 305; thus, the blackline of **Exhibit E** shows changes from the version set forth in Docket No. 280.

Services Agreement, respectively, showing changes from the previously-filed versions of such documents.

PLEASE TAKE FURTHER NOTICE that the Plan Supplement, the Amended Plan Supplement, the Second Amended Plan Supplement, the Plan and the Confirmation Order are available for viewing or downloading, free of charge, on the Post-Effective Date Debtor's restructuring website, at *htttps://dm.epiq11.com/case/WMC/* or for a fee on the Bankruptcy Court's website at *http://www.deb.uscourts.gov*.

Dated:  December 12, 2019
       Wilmington, Delaware

        */s/ Mark D. Collins*
        Mark D. Collins (No. 2981)
        Russell C. Silberglied (No. 3462)
        Zachary I. Shapiro (No. 5103)
        Brendan J. Schlauch (No. 6115)
        Travis J. Cuomo (No. 6501)
        RICHARDS, LAYTON & FINGER, P.A.
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone:  (302) 651-7700
        Facsimile:  (302) 651-7701
        Email:  collins@rlf.com
              silberglied@rlf.com
              shapiro@rlf.com
              schlauch@rlf.com
              cuomo@rlf.com

        *Attorneys for the Post-Effective Date Debtor*