**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| *In re:* | : | Chapter 11 |
| | : | |
| WMC MORTGAGE, LLC, | : | Case No. 19–10879 (CSS) |
| | : | |
| Debtor.[1] | : | Obj. Deadline: January 29, 2020 at 4:00 p.m. (ET) |
| | : | Hearing Date: February 5, 2020 at 1:00 p.m. (ET) |
| ------------------------------------------------------------ x | | |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on January 15, 2020, WMC Mortgage, LLC, as the Post-Effective Date Debtor, filed the *Post-Effective Date Debtor's Motion for Entry of an Order (I) Granting Final Decree Closing the Post-Effective Date Debtor's Chapter 11 Case and (II) Terminating Claims and Noticing Services* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 29, 2020 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if any objections to the Motion are received, then the Motion and such objections shall be considered at a hearing before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **February 5, 2020 at 1:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH**

---

[1] The last four digits of the Debtor's federal tax identification number are 2008. The Debtor's principal office is located at 6320 Canoga Avenue, Suite 1420, Woodland Hills, California 91367.

RLF1 22743883v.1

**THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 15, 2020
      Wilmington, Delaware

*/s/ Travis J. Cuomo*
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Travis J. Cuomo (No. 6501)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      silberglied@rlf.com
      shapiro@rlf.com
      schlauch@rlf.com
      cuomo@rlf.com

*Attorneys for the Post-Effective Date Debtor*