# EXHIBIT A

**Proposed Order**

RLF1 22626081v.5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
*In re:*                                                 :   **Chapter 11**
                                                    :
**WMC MORTGAGE, LLC,**                 :   **Case No. 19–10879 (CSS)**
                                                    :
            **Debtor.**[1]                                 :
                                                    :
------------------------------------------------------------ x

**ORDER (I) GRANTING FINAL DECREE CLOSING THE
POST-EFFECTIVE DATE DEBTOR'S CHAPTER 11 CASE AND
(II) TERMINATING CLAIMS AND NOTICING SERVICES**

Upon the motion (the "**Motion**")[2] of the Post-Effective Date Debtor, for entry of order granting a final decree closing this chapter 11 case and terminating the Claims Agent Services provided by Epiq, all as more fully set forth in the Motion; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. §§ 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion and the hearing thereon being adequate and appropriate under the particular circumstances; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor's estate and its creditors, and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

---

[1] The last four digits of the Debtor's federal tax identification number are 2008.  The Debtor's principal office is located at 6320 Canoga Avenue, Suite 1420, Woodland Hills, California 91367.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1. The Motion is granted as set forth herein.

2. The chapter 11 case (Case No. 19-10879) of WMC Mortgage, LLC, is hereby CLOSED pursuant to section 350(a) of the Bankruptcy Code, effective as of the date of entry of this Order.

3. The Post-Effective Date Debtor shall complete any remaining post-confirmation quarterly reports with respect to this chapter 11 case and pay all U.S. Trustee fees within thirty (30) days of the due date of such reports.

4. Epiq's obligations to provide the Claims Agent Services are terminated upon the completion of the services listed in paragraph 19 of the Motion.  Thereafter, Epiq will have no further obligations to this Court, the Post-Effective Date Debtor, the Liquidating Trustee or any party in interest with respect to the Claims Agent Services in this chapter 11 case.

5. The Clerk of the Court shall enter this Order, and thereafter the docket for this chapter 11 case shall be marked as "Closed."

6. This Court shall retain jurisdiction to hear and determine any matters or disputes related to this chapter 11 case, including, without limitation, any matters or disputes relating to the effect of discharge and/or injunction provisions contained in the Plan and/or the Confirmation Order.

7. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, or 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.